UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL T. TAVARES, JR.,<br><br>               Plaintiff,<br><br>  v.<br><br>DR. J. BRUCKNER and JOHN DOE (PROPERTY OFFICER, WCC, IMU SEGREGATION 2008),<br><br>               Defendants. | No. C10-5922 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #21], and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion for Partial Summary Judgment (ECF No. 13) is **DENIED;** Defendants' Motion to Dismiss (ECF No. 15) is **GRANTED**; Plaintiff's claims are **Dismissed with Prejudice.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 20th day of May, 2011.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1