# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANIEL T. TAVARES, JR.,

         v.

JUDGMENT IN A CIVIL CASE

No. C10-5922 RBL/KLS

DR. J. BRUCKNER and JOHN DOE
(PROPERTY OFFICER, WCC, IMU
SEGREGATION 2008),

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation; and

(2)    Plaintiff's Motion for Partial Summary Judgment (ECF No. 13) is **DENIED;** Defendants' Motion to Dismiss (ECF No. 15) is **GRANTED**; Plaintiff's claims are **Dismissed with Prejudice.**

| | |
|---|---|
| May 23, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s / Mary Trent* |
| | Deputy Clerk |